IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH JOE MAY, ET AL.**                                                              **PLAINTIFFS**

**v.**                                    **CASE NO. 4:13CV00494 KGB**

**BHP BILLITON PETROLEUM**
**(FAYETTEVILLE) LLC, ET AL.**                                              **DEFENDANTS**

### ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on August 23, 2013. Because the law firm Quattlebaum, Grooms, Tull & Burrow PLLC, Steven W. Quattlebaum and E.B. "Chip" Chiles appear on the Court's recusal list and have entered an appearance as counsel for BHP Billiton Petroleum (Fayetteville) LLC, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 1st day of October, 2013.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        BY: /s/ Debbie Craft
                                              Courtroom Deputy to
                                              U.S. District Judge Kristine G. Baker