(Rev.2/6/2014)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
**600 WEST CAPITOL AVENUE**
**ROOM A149**
**LITTLE ROCK, ARKANSAS 72201**

| | |
|---|---|
| **JAMES W. McCORMACK** | **501-604-5351** |
| **CLERK** | **FAX 501-604-5321** |

December 12, 2014

Jason Files
300 Spring Street Suite 500
Little Rock, Arkansas 72201

    Re:    Deficient Filing #726, Motion for Extension
           Case No. 4:12-cr-00306-013 KGB; USA v. Spradlin et al

Dear Mr. Files:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

<u>Electronic Filings</u>

    ____    Lacks an attorney's signature, address, telephone number, Bar number or email address (General Order 53).

    ____    Lacks a signature by an attorney of record (Local Rule 5.5(c)(1)).

    ____    Lacks a certificate showing service of the document (F.R.Cr.P. 49(b)).

    ✓    Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

    ____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

Please email a corrected document in pdf format to the Clerk's office, at clerksoffice@ared.uscourts.gov. **Do not refile the document**. The original document will remain on the docket, and the response time will run from the date of the original filing.

                            Sincerely,

                            JAMES W. McCORMACK, CLERK

                            By: /s/ Jake A. Kornegay
                                    Deputy Clerk