IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH JOE MAY; MARY ANN MAY;
STEVE SNOWDEN; and CINDY SNOWDEN                    PLAINTIFFS

v.                          No. 4:13-cv-494-DPM

BHP BILLITON PETROLEUM (Fayetteville) LLC           DEFENDANT

ORDER

I note Micah Goodwin's appearance as additional counsel for BHP. № 148. Dorrie Goodwin, Micah Goodwin's wife, will start work as one of my law clerks in mid-August 2016. I do not believe this requires my recusal. If this case is still pending then, though, Dorrie will not do any work on it and will not be involved in my work on it in any way.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 March 2016