IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH JOE MAY; MARY ANN MAY;
STEVE SNOWDEN; and CINDY SNOWDEN                          PLAINTIFFS

v.                          No. 4:13-cv-494-DPM

BHP BILLITON PETROLEUM (Fayetteville) LLC                 DEFENDANT

ORDER

For the reasons stated on the record at the 24 March 2016 pretrial, the Mays' and Snowdens' motion in *limine*, № 158, is denied on the timeliness point. The Court reserves a ruling on the relevance, and unfair prejudice, of the recently produced documents. The Court also confirms the 30 March 2016 deadline. The parties should exchange final exhibits, and deliver one electronic and two hard copies to the Court, then.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2016