IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH JOE MAY; MARY ANN MAY;
STEVE SNOWDEN; and CINDY SNOWDEN                            PLAINTIFFS

v.                    No. 4:13-cv-494-DPM

BHP BILLITON PETROLEUM (Fayetteville) LLC                   DEFENDANT

## JUDGMENT

1. The Mays' and the Snowdens' claims for breach of the implied covenant of reasonable development were tried to a twelve-person jury from 4 April 2016 to 11 April 2016. After deliberations, the jury returned three unanimous verdicts. The jury found in favor of BHP and against Mr. and Mrs. May on their claim about the Section 23 lease. The jury found in favor of BHP and against Mr. and Mrs. May on their claim about the Section 26 lease. And the jury found in favor of BHP and against Mr. and Mrs. Snowden on their claim about the Section 14 lease. № 196. The Mays and the Snowdens requested that the Court poll the jury. Each juror confirmed that the verdicts, which are incorporated, were his or her true verdicts.

2. The Court therefore enters judgment for BHP Billiton Petroleum (Fayetteville) LLC against Kenneth and Mary Ann May, and for BHP Billiton Petroleum (Fayetteville) LLC against Steve and Cindy Snowden, on the jury's

verdicts. The amended complaint, № 47, is dismissed with prejudice. As the prevailing party, BHP is also entitled to whatever reasonable costs, allowed by the governing law, that the Court may later award on motion filed by 27 April 2016. 28 U.S.C. § 1920; Fed. R. Civ. P. 54(d).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2016